UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ :
                                           :
  UNITED STATES OF AMERICA,                :
                                           :
                        Plaintiff,         :
                                           :        19cr00672
            -against-                      :        20cv7835
                                           :
  ANDREW VALLES,                           :        ORDER
                                           :
                        Defendants.        :
                                           :
                                           :
                                           :
                                           :
------------------------------------------ :

WILLIAM H. PAULEY III, Senior United States District Judge:

          In view of the difficulties in effecting service of the Government's Opposition on

Petitioner, the time for Petitioner to respond is extended to January 29, 2021.  A copy of this

Order is being mailed by Chambers staff to Petitioner.


Dated: December 14, 2020                    SO ORDERED:
       New York, New York


                                            _____
                                            WILLIAM H. PAULEY III
                                            U.S.D.J.