Andrew Valles (CDCR #: BJ6191 /
Fed. Reg. No. 86990-054)
CIM B-B2-342
California Institution for Men
P.O. Box 441
Chino, California   91708

Petitioner IFP/Pro Se

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW VALLES,<br>          Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>          Respondent. | MOTION FOR PRODUCTION REQUEST OF A SEALED DOCUMENT<br>Case Nos.: 1:20-CV-7835 (JPC)<br>          1:19-CR-0672 (JPC)<br>District Judge John P. Cronan<br>09 February 2022 |

     Petitioner hereby respectfully requests the Court produce and deliver copies of a sealed document — solely and specifically, the Probation Officer's Presentence Investigation Report ("PSR") — to him [at: Andrew Valles #BJ6191, California Institution for Men, CIM B-B2-342, P.O. Box 441, Chino, California 91708] and the United States District Court, District of Utah [at: Office of the Clerk for the U.S. Dist. Ct., D. Ut., Salt Lake City, Utah 84101]. The PSR is a critical specimen of independently verified reference material that is necessary for Petitioner to definitively reply and/or traverse (as ordered by the Court on 18 January 2022) to a forthcoming respondent's answer in a habeas §2254 proceeding in the above mentioned sister federal district court. As the PSR is a sealed document, notice has been rendered to the Court — in the District of Utah — to honor in the same upon reception.

     Petitioner further requests, due to his indigency and inability to effectuate the retrieval of this record (the PSR) on his own, that the Court assist and direct the Clerk of the Court to perform the above ask for the lawful purpose defined.

     Petitioner most respectfully reminds the Court that the "Utah Case" (a §2254 habeas; U.S. Dist. Ct., D.Ut., C/N: 2:20-CV-774-DBB) has direct and inherent nexus to the "New York case" (a §2255 habeas; U.S. Dist. Ct., S.D.N.Y., C/N: 1:20-CV-7835 (JPC) and 1:19-CR-0672 (JPC)), both in progress, and as such the fate of the intertwined "Utah Case" demonstratively either supports or destroys the criminal conviction foundations to both; to which Petitioner was/is named as Defendant to both as well.

Dated 09 February 2022.

Andrew Valles
Petitioner IFP/Pro Se

The Court grants Valles's request for U.S. Probation and Pretrial Services to send Valles a copy of his Presentence Investigation Report ("PSR"). *See* Dkts. 13, 35. The Court denies, however, Valles's request for Probation Services to send a copy of the PSR to the U.S. District Court for the District of Utah.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 35.

SO ORDERED.
Date: March 10, 2022
     New York, New York

JOHN P. CRONAN
United States District Judge