UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA,            :

                                 :

         -v-                         :           19 Cr. 672 (JPC)

                                 :            <u>ORDER</u>

ANDREW VALLES,                   :

                                 :

             Defendant.        :

                                 :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court is in receipt of Defendant's motion dated December 11, 2025, Dkts. 51-53, and

emergency motion dated December 17, 2025. Dkt. 54. Given Defendant's representation that his

polygraph examination is scheduled for January 6, 2026, the Government must respond to his

emergency motion no later than December 29, 2025.

        The Clerk of Court is respectfully directed to mail a copy of this order to Andrew Valles,

c/o Michael Goldsmith, P.O. Box 1103, Church Street Station, New York, NY 10008-1103.

        SO ORDERED.

Dated: December 17, 2025
       New York, New York                       JOHN P. CRONAN
                                       United States District Judge