UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
                                                          :
          -v-                                             :          19 Cr. 672 (JPC)
                                                          :
                                                          :          ORDER
ANDREW VALLES,                                            :
                                                          :
                    Defendant.                            :
                                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

 The Court is in receipt of Defendant's motions dated "January 15-20, 2026," and January 20, 2026, Dkts. 61 (emergency motion seeking a temporary restraining order and preliminary injunction with respect to Defendant's arrest on January 15, 2026), 62 ("Motion to Stay Enforcement of Polygraph and Related Treatment Conditions"). The Government shall respond to his motions no later than 12:00 p.m. on February 2, 2026.

 The Clerk of Court is respectfully directed to update the docket to reflect that Defendant is proceeding *pro se*, *see* Dkt. 60 (Order granting counsel's motion to withdraw), and to mail a copy of this Order to Andrew Valles, c/o Michael Goldsmith, P.O. Box 1103, Church Street Station, New York, NY 10008-1103.

 SO ORDERED.

Dated: January 27, 2026
  New York, New York        _____
                JOHN P. CRONAN
              United States District Judge